IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN   DIVISION

UNITED STATES OF AMERICA

NO. 4:98CR00091 JMM
4:04CV02297 JMM

MAURICE MCDONALD

ORDER

Pending before the Court is Maurice McDonald's Motion for Certificate of Appealability pursuant to 28 U.S.C. § § 2255, 2253.  For this Court to grant a certificate of appealability, the petitioners must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *United States v. Lambros*, 404 F.3d 1034 (8th Cir. 2005) .   A "substantial showing" is one in which a petitioner demonstrates that his "'issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'"  *Randolph v. Kemna,* 276 F.3d 401, 402 n.1 (8th Cir.2002) *(citing Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

Petitioner has failed to make a substantial showing of the denial of any constitutional right.  Accordingly, petitioner's petition for a certificate of appealability is denied.

IT IS SO ORDERED this   17      day of June, 2006.

.

_____
James M. Moody
United States District Judge