*IN THE UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              NO.  4:98CR00091-002  SWW

MAURICE JEROME MCDONALD                                               DEFENDANT
(Reg #20135-009)

<u>ORDER</u>

The Court determined that the hearing scheduled on Thursday, January 21, 2016 should be rescheduled due to a conflict on the Court's calendar.  The parties have reached an agreeable date to reschedule the hearing.  This matter is rescheduled for ***9:00 a.m. on THURSDAY, JANUARY 28, 2016*** in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, in Little Rock, Arkansas.

If counsel for the parties desire the Court to examine any documents pertaining to this matter, those documents shall be submitted to the Court ***no later than noon on Thursday, January 21, 2016***, along with a list of exhibits and a list of the names of any witnesses expected to be called at the hearing. Exhibits need to be pre-numbered on the exhibit list and on the exhibit.

IT IS SO ORDERED this 14th day of January 2016.

<u>/s/Susan Webber Wright</u>
United States District Judge