*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              4:98CR00091-002   SWW

MAURICE JEROME MCDONALD                               DEFENDANT
Reg #20135-009


## ORDER

The Court has determined that the hearing on the motion to reduce sentence [doc #1917] previously scheduled April 19, 2016 filed by Maurice Jerome McDonald should be continued due to a conflict on the Court's calendar.  The parties have agreed on a date to reschedule the hearing.

IT IS THEREFORE ORDERED that the hearing is  rescheduled for ***THURSDAY, APRIL 28, 2016 AT 1:00 P.M. in Courtroom #389.***

IT IS SO ORDERED this 15th day of April 2016.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE